# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of<br><br>Jose Luis Huizar<br><br>California State Bar # 195726 | CASE NO:<br>2:23–ad–00251–PSG<br><br>ORDER TO SHOW CAUSE |

This Court has received notice that the attorney named above has been suspended from the practice of law by the Supreme Court of California or the California State Bar Court, effective May 29, 2023. Accordingly, the attorney named above is HEREBY ORDERED TO SHOW CAUSE, in writing, within 30 days of the date of this order, why he or she should not be suspended from the practice of law before this Court, pursuant to Rule 83-3.2 of the Local Rules for the Central District of California.

If the attorney does not contest the imposition of a suspension from this Court or does not respond to this order to show cause within the time specified, the Court shall issue an order of suspension. A response to this order to show cause must make the showing required in Local Rule 83-3.2. In addition, at the time a response is filed, the attorney must produce a certified copy of the entire record

from the other jurisdiction or bear the burden of persuading the Court that less than the entire record will suffice. *See* Local Rule 83-3.2.3.

A response to this order to show cause and any related documentation may be filed electronically, in accordance with the Court's local rules, or manually, at the Edward R. Roybal Federal Building and Courthouse, 255 East Temple Street, Room 180, Los Angeles, California 90012, Attn: Civil Intake. All documents filed must include the case number in the caption.

Unless stated otherwise by order of the Court, an attorney who has been suspended from the Bar of this Court because of a suspension by the Supreme Court of California or the California State Bar Court will be reinstated to the Bar of this Court upon proof of reinstatement as an active member in good standing in the State Bar of California.

An attorney registered to use the Court's Electronic Case Filing System (ECF) who is suspended by this Court will not have access to file documents electronically until the attorney is reinstated to the Bar of this Court.

Date: July 31, 2023

_____
PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE